**Motion to Abate Granted; Motion to Dismiss Denied; Abatement Order filed July 31, 2012.**



In The

# Fourteenth Court of Appeals

————————

### NO. 14-12-00415-CV

————————

**TEXAS CYPRESS CREEK HOSPITAL, L.P.
D/B/A CYPRESS CREEK HOSPITAL, Appellant**

**V.**

**MYRA ANDERSON, Appellee**

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2011-49080**

## ABATEMENT ORDER

On June 18, 2012, appellant filed a motion to abate this appeal pending resolution of a related case styled *Texas Cypress Creek Hospital, L.P. d/b/a Texas Cypress Creek Hospital v. Myra Anderson, et al.,* pending in the 125th District Court of Harris County, Texas under cause number 2012-26254. In response, appellee filed to dismiss this appeal for lack of standing. We **DENY** the motion to dismiss, **GRANT** the motion to abate, and issue the following order.

We order this appeal **ABATED** pending resolution of the related case styled *Texas Cypress Creek Hospital, L.P. d/b/a Texas Cypress Creek Hospital v. Myra Anderson, et al.,* pending in the 125th District Court of Harris County, Texas under cause number 2012-26254.  The parties are to advise this court when the related case has been decided and to file an appropriate motion to reinstate this appeal.

The appeal is abated, treated as a closed case, and removed from this court's active docket pending resolution of the related case cited above.  The appeal will be reinstated on this court's active docket when this court is notified that the related case has been decided.  The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM